IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01465-BNB

ALLAN V. EVANS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,
JEFFERSON COUNTY CHILD SUPPORT ENFORCEMENT, State of Colorado,
STEPHANIE SIMPSON, Jefferson County Child Support Enforcement, State of CO,
and
STATE OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 8 2009

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff has filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. The motion and affidavit indicate that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED July 8, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01465-BNB

Allan V. Evans
5081 Garrison Street #6
Wheat Ridge, CO 80033-6796

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/8/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk