IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01465-ZLW

ALLAN V. EVANS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,
JEFFERSON COUNTY CHILD SUPPORT ENFORCEMENT, State of Colorado,
STEPHANIE SIMPSON, Jefferson County Child Support Enforcement, State of CO, and
STATE OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 20 2009

GREGORY C. LANGHAM
CLERK

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita L. Weinshienk, Senior Judge, on _August 20_, 2009, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 20th day of _August_, 2009.

FOR THE COURT,

GREGORY C. LANGHAM, Clerk

By: _____
Deputy Clerk